Form defdso13

**UNITED STATES BANKRUPTCY COURT**
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

In Re:

Jacqueline Lybette Fleming
13435 Vicarage Dr.
Plainfield, IL 60585
SSN: xxx–xx–9892 EIN: N.A.

Case No. : 16–14852
Chapter : 13
Judge : Pamela S. Hollis

**NOTICE TO INDIVIDUAL DEBTORS IN CHAPTER 12/13 CASES**
**OF REQUIRED DOCUMENT FOR DISCHARGE**

In order to receive a Discharge, you must file the following document.

☑ Debtor's Declaration Domestic Support Obligations.

Please complete the local form titled Debtor's Declaration Regarding Domestic Support Obligations. If a joint petition was filed, each spouse must complete and file a separate declaration.

The local form, Debtor's Declaration Regarding Domestic Support Obligations, is available on our website at www.ilnb.uscourts.gov/Forms/Form_Orders.cfm

If you do not file the required document, your case will be closed without a discharge. You will still be liable for the current balance of the debts you owed before filing. If you subsequently file a Motion to Reopen, you must pay the reopening fee.

If you are represented by an attorney, please contact your attorney for guidance.

If you have any questions about submitting the form, please call 312–408–5000.

FOR THE COURT

Dated: November 12, 2019

Jeffrey P. Allsteadt, Clerk
United States Bankruptcy Court

United States Bankruptcy Court
Northern District of Illinois

In re:  
Jacqueline Lybette Fleming  
    Debtor

Case No. 16-14852-PSH  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0752-1     User: mgarcia1    Page 1 of 1    Date Rcvd: Nov 12, 2019  
                 Form ID: defdso13    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 14, 2019.  
db        +Jacqueline Lybette Fleming,   13435 Vicarage Dr.,   Plainfield, IL 60585-5053

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                              TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 14, 2019                                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 12, 2019 at the address(es) listed below:

        Crystal V Caceres    on behalf of Creditor    Bank of America, N.A. ccaceres@alolawgroup.com, bankruptcy@alolawgroup.com  
        Dana N O'Brien    on behalf of Creditor    Select Portfolio Servicing, Inc., et. al. dana.obrien@mccalla.com, NDistrict@mccalla.com  
        Gerald Mylander    on behalf of Trustee Glenn B Stearns mcguckin_m@lisle13.com  
        Glenn B Stearns    mcguckin_m@lisle13.com  
        Joseph S Davidson    on behalf of Debtor 1 Jacqueline Lybette Fleming jdavidson@sulaimanlaw.com, courtinfo@sulaimanlaw.com;bkycourtinfo@gmail.com;ecfnotice@sulaimanlaw.com;sulaiman.igotnotices@gmail.com;bkecf_sulaiman@bkexpress.info;r46351@notify.bestcase.com;cjohnson@sulaimanlaw.com  
        Mark Johnson    on behalf of Creditor    Deutsche Bank National Trust Company, as Indenture Trustee, on behalf of the holders of the Accredited Mortgage Loan Trust 2005-2 Asset Backed Notes mjohnson@klueverplatt.com, bknotice@klueverplatt.com  
        Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov  
        Ross T Brand    on behalf of Creditor    Deutsche Bank National Trust Company, as Indenture Trustee, on behalf of the holders of the Accredited Mortgage Loan Trust 2005-2 Asset Backed Notes rbrand@klueverplatt.com, bknotice@klueverplatt.com  
        Steven C Lindberg    on behalf of Creditor    BANK OF AMERICA, N.A. bankruptcy@fallaw.com  
        Timothy R Yueill    on behalf of Creditor    U.S. Bank Trust National Association, as Trustee for Towd Point Master Funding Trust 2018-PM28 timothyy@nevellaw.com

                                                                                                                                                                   TOTAL: 10