**Fill in this information to identify the case:**

Debtor 1    Jacqueline Lybette Fleming

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:    Northern    District of    Illinois
(State)

Case number    16-14852

Form 4100R

# Response to Notice of Final Cure Payment

10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

## Part 1:    Mortgage Information

**Name of creditor:** Deutsche Bank National Trust Company, as Indenture Trustee, on behalf of the holders of the Accredited Mortgage Loan Trust 2005-2 Asset Backed Notes

**Court claim no.** (if known): 10

**Last 4 digits** of any number you use to identify the debtor's account:    3    7    9    4

**Property address:**    13435 Vicarage Drive
Number        Street

_____

Plainfield                    IL        60544
City                    State    ZIP Code

## Part 2:    Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:    $ _____

## Part 3:    Postpetition Mortgage Payment

*Check one:*

☐ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:    ____/____/_____
MM / DD / YYYY

☒ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a.  Total postpetition ongoing payments due:    (a) $ 3,006.96

b.  Total fees, charges, expenses, escrow, and costs outstanding:    + (b) $ _____

c.  **Total**. Add lines a and b.    (c) $ 3,006.96

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:    10 / 1 / 2019
MM / DD / YYYY

Debtor 1    <u>Jacqueline Lybette Fleming</u>      Case number (*if known*) <u>16-14852</u>
     First Name     Middle Name     Last Name

---

### Part 4:   Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

---

### Part 5:   Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✖ <u>/s/ Mark Johnson</u>      Date <u>11</u> / <u>5</u> / <u>2019</u>
    Signature

Print      <u>Mark Johnson</u>      Title <u>Attorney for Creditor</u>
       First Name     Middle Name     Last Name

Company      <u>Kluever & Platt, LLC</u>

**If different from the notice address listed on the proof of claim to which this response applies:**

Address      <u>150 N Michigan Ave., Suite 2600</u>
       Number        Street

       <u>Chicago, IL 60601</u>
       City           State    ZIP Code

Contact phone   (<u>312</u>) <u>236</u> – <u>0077</u>      Email <u>mjohnson@klueverplatt.com</u>

---



| | |
|---|---|
| Preparation Date: | 11/05/19 |
| Prepared by: | Alma Garcia |

**Loan Information:**

| Loan Number | X X X X X X 3794 |
|---|---|
| Debtors Name - 1 | JACQUELINE BAKER |
| Debtors Name - 2 | |
| Property Address | 13435 VICARAGE DRIVE |
| Property State | IL |

**Bankruptcy Information:**

| Bankruptcy Case # | 16-14852 |
|---|---|
| Filing Date: | 4/30/2016 |
| Person filing: | 3rd Party |
| Number of previous filings: | 2 |

**Post petition due**

| Post petition due date: | 10/01/19 | |
|---|---|---|
| Post petition $$$ due: | $3,006.96 | **Comment** |
| Post petition insurance: | $0.00 | Post-petition taxes and insurance included in annual |
| Post petition taxes: | $0.00 | escrow analysis and added to monthly payments. |
| | | |
| Total Post petition due | **$3,006.96** | |

**Post-Petition Payment History Detail**

| Post pmt Rcpt | Post Due Dt Pd | Mo $ Due | $ Received | Comments |
|---|---|---|---|---|
| | | | | |
| 05/31/16 | 05/01/16 | $1,684.18 | $3,368.36 | |
| | 06/01/16 | $1,684.18 | | |
| 08/08/16 | Partial Payment | 0.00 | $1,680.00 | |
| 09/08/16 | 07/01/16 | $1,684.18 | $1,680.00 | |
| 10/06/16 | 08/01/16 | $1,684.18 | $1,680.00 | |
| 11/04/16 | 09/01/16 | $1,684.18 | $1,680.00 | |
| 12/09/16 | 10/01/16 | $1,684.18 | $1,728.25 | |
| | 11/01/16 | $1,684.18 | | |
| 01/06/17 | 12/01/16 | $1,728.25 | $1,728.25 | |
| 02/03/17 | 01/01/17 | $1,728.25 | $1,728.25 | |
| 03/06/17 | 02/01/17 | $1,728.25 | $1,728.25 | |
| 04/03/17 | 03/01/17 | $1,728.25 | $1,728.00 | |
| 05/19/17 | 04/01/17 | $1,728.25 | $1,803.33 | |
| 06/12/17 | 05/01/17 | $1,803.33 | $1,803.33 | |
| 07/10/17 | 06/01/17 | $1,803.33 | $1,803.33 | |
| 09/01/17 | 07/01/17 | $1,803.33 | $1,803.33 | |
| 10/13/17 | 08/01/17 | $1,803.33 | $1,803.33 | |
| 11/10/17 | 09/01/17 | $1,803.33 | $1,803.33 | |
| 12/04/17 | 10/01/17 | $1,803.33 | $1,803.33 | |
| 01/22/18 | 11/01/17 | $1,803.33 | $1,756.71 | |
| 03/02/18 | 12/01/17 | $1,756.71 | $1,756.71 | |
| 04/04/18 | 01/01/18 | $1,756.71 | $1,756.71 | |
| 04/05/18 | 02/01/18 | $1,756.71 | $1,756.71 | |
| 04/30/18 | 03/01/18 | $1,756.71 | $1,756.71 | |
| 06/08/18 | 04/01/18 | $1,756.71 | $1,812.83 | |
| 07/13/18 | 05/01/18 | $1,766.21 | $1,812.83 | |
| 07/26/18 | 06/01/18 | $1,766.21 | $1,812.32 | |
| 08/30/18 | 07/01/18 | $1,766.21 | $1,766.21 | |
| 10/11/18 | 08/01/18 | $1,766.21 | $1,766.21 | |
| 10/30/18 | 09/01/18 | $1,766.21 | $1,766.21 | |
| 12/06/18 | 10/01/18 | $1,788.21 | $1,766.21 | |
| | 11/01/18 | $1,788.21 | $1,817.79 | |
| 01/08/19 | 12/01/18 | $1,788.21 | $1,766.21 | |
| 02/05/19 | 01/01/19 | $1,788.21 | $1,800.00 | |
| 03/04/19 | 02/01/19 | $1,788.21 | $1,800.00 | |
| 04/16/19 | 03/01/19 | $1,788.21 | $1,800.00 | |
| 04/30/19 | 04/01/19 | $1,788.21 | $1,800.00 | |
| 05/31/19 | 05/01/19 | $1,788.21 | $1,800.00 | |
| 07/03/19 | 06/01/19 | $1,788.21 | $1,800.00 | |
| 08/14/19 | 07/01/19 | $1,788.21 | $1,800.00 | |
| 09/06/19 | 08/01/19 | $1,788.21 | $1,800.00 | |
| 10/30/19 | 09/01/19 | $1,697.09 | $1,800.00 | |
| Due | 10/01/19 | $1,697.09 | 0.00 | |
| Due | 11/01/19 | $1,697.09 | 0.00 | |

The contents of this document are RESTRICTED to authorized individuals. Any unauthorized access, use or duplication is strictly prohibited.

| Total Due | | $75,430.00 | |
| Total Received | | | $72,423.04 |

The contents of this document are RESTRICTED to authorized individuals.  Any unauthorized access, use or duplication is strictly prohibited.